**907  DEMAREST vs. CIRCUIT JUDGE** (Newaygo), No. 15332½.

To vacate an order granting a new trial in an ejectment case, where the court concluded that a ruling made upon the trial was erroneous and the only question raised is as to the correctness of the ruling.

Order to show cause denied January 7, 1896, on the ground that the matter of granting a new trial was within the discretion of the circuit judge.

**908  HOFFMAN vs. CIRCUIT JUDGE** (St. Clair), 37 M., 131.

To compel respondent to grant a new trial in an ejectment case, wherein there had been a non-suit.

Denied June 19, 1877.

Held, that an application to set aside a non-suit is addressed to the discretion of the court below and the statute has no reference to such a case. The statute intends to give the parties a second trial upon the facts, and the case is only brought within it where it appears that one trial has already been had.

**909  GILMAN vs. CIRCUIT JUDGE** (Wayne), 21 M., 372.

To vacate an order granting a new trial in an action of ejectment.

Denied October 5, 1870.

The case had been twice tried. The first trial had been reversed upon a writ of error to the Supreme Court. On the second trial verdict and judgment passed for relator. An application was made, under Sec. 4589 of the Comp. Laws, and a new trial was granted.

Held, that the new trial in question is the first new trial under this section; that if a judgment has been wrongfully obtained as by error of law or fact, it is subject to reversal, being reversed the case stands the same as though no such judgment had ever been rendered.